■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MICHAEL J. WATSON, Respondent. (Appeal No. 2.) [820 NYS2d 834]— Appeal from an order of the Chautauqua County Court (John T. Ward, Jr., J.), dated August 9, 2005. The order denied the People's motion for reconsideration of the order dated July 18, 2005.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Auslander*, 169 AD2d 853 [1991]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHEL A. HALL, Appellant. [821 NYS2d 141]—Appeal from a judgment of the Supreme Court, Erie County (John F. O'Donnell, J.), rendered August 18, 2005. The judgment convicted defendant, after a nonjury trial, of assault in the third degree and menacing in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Hurlbutt, Martoche and Green, JJ.